IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

MARCELLA D. MACIAS,

     DEBTOR.

Case No.: BK-15-14811-JDL
Chapter 13

## OBJECTION TO CHAPTER 13 PLAN OF DEBTOR

Comes now the secured creditor, U.S. Bank National Association, by their attorney, Jim Timberlake, and hereby objects to the Chapter 13 Plan of Debtor. In support of this Objection, U.S. Bank National Association would show the Court as follows:

1. U.S. Bank National Association is the holder of a purchase money note and mortgage on the residence, ("mortgaged property") of Debtor. Said note and mortgage has an estimated outstanding balance of $134,980.41 plus accruing interest along with reasonable attorney fees and for all costs of the action.

2. The proposed Chapter 13 Plan of the Debtor reflects an arrearage amount of $18,000.00. U.S. Bank National Association disputes this amount and would propose that the correct estimated arrearage amount is $19,827.80.

WHEREFORE, PREMISES CONSIDERED, secured creditor, U.S. Bank National Association, moves the Court to reject the proposed Chapter 13 Plan of Debtor and/or to grant adequate protection or such other and further relief as may be entitled.

                            U.S. BANK NATIONAL ASSOCIATION,

By:      s/ Jim Timberlake_____
         JIM TIMBERLAKE - #14945
         Baer Timberlake, P.C.
         4200 Perimeter Center, Suite 100
         Oklahoma City, OK 73102
         Telephone: (405) 842-7722
         Fax: (918) 491-5424
         Attorney for Movant

## **CERTIFICATE OF SERVICE**

     I hereby certify that I mailed a true and correct copy of the above and foregoing Objection with postage thereon fully prepaid to the parties listed below on January 7, 2016.

Marcella D. Macias
5112 Manhatten Drive
Moore, OK 73160

    The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

John Hardeman
P.O. Box 1948
Oklahoma City, OK 73101

Christi J Giddeon
PO Box 60408
4312 N. Classen Blvd.
Oklahoma City, OK 73118

By:      s/ Jim Timberlake_____
         JIM TIMBERLAKE - #14945
         Baer Timberlake, P.C.
         4200 Perimeter Center, Suite 100
         Oklahoma City, OK 73102
         Telephone: (405) 842-7722
         Fax: (918) 491-5424
         Attorney for Movant